DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARVIN GIRALT LOPEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2358

[March 24, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara Anne McCarthy, Judge; L.T. Case Nos. 17-14445CF10A and 18-004982CF10A.

Gustavo D. Lage of Sanchez-Medina, Gonzalez, Quesada, Lage, Gomez & Machado LLP, Coral Gables, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Paul Patti, III, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and KLINGENSMITH, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***